UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

---

Nathan Barns, Susannah Kilpatrick, and
Darren Kilpatrick,

          Plaintiffs,

v.                                                    Case No. 2:22-CV-02433-HLT-KGG

Lawrence Payne and
Patricia Payne,

              **JURY DEMAND**

          Defendants.

---

## <u>CERTIFICATE OF SERVICE</u>

       The undersigned hereby certifies that on December 23, 2022, the following documents:

- Defendants' First Interrogatories to Plaintiff Nathan Barns;
- Defendants' First Interrogatories to Plaintiff Darren Kilpatrick;
- Defendants' First Interrogatories to Plaintiff Susannah Kilpatrick; and
- Defendants' First Requests for Production of Documents to All Plaintiffs,

were served via electronic mail to the following counsel for the Plaintiffs:

Brian E. Sobczyk
Leisa Stevens
Stinson LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
brian.sobczyk@stinson.com
leisa.stevens@stinson.com

Barry Lax
Lori Baitarian
Robert Miller
Lax Neville Attorneys at Law
350 Fifth Ave., Ste. 4640
New York, NY 10118
Blax@laxneville.com
lbaitarian@laxneville.com
rmiller@laxneville.com

Dated: December 28, 2022        Respectfully submitted,

_/s/ Andrew M. DeMarea_
Robert J. Gilbertson  (#28873)
Andrew M. DeMarea  (#16141)
FORSGREN FISHER MCCALMONT
   DEMAREA TYSVER LLP
2345 Grand Boulevard, Suite 1950
Kansas City, MO  64108
(816) 339-9300
bgilbertson@forsgrenfisher.com
ademarea@forsgrenfisher.com

_Attorneys for Defendants_
_Lawrence and Patricia Payne_

## CERTIFICATE OF SERVICE

Undersigned counsel for Defendants hereby certifies that on December 28, 2022,

his firm filed a copy of the foregoing Certificate of Service with the Court's ECF filing

system, which will automatically serve a copy via email to all counsel of record.

_/s/ Andrew M. DeMarea_
Attorneys for Defendants