# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATHAN BARNS, SUSANNAH KILPATRICK and DARREN KILPATRICK, <br><br> Plaintiffs, <br><br> v. <br><br> LAWRENCE PAYNE and PATRICIA PAYNE, <br><br> Defendants. | Case No. 2:22-cv-02433-HLT-KGG |

## NOTICE OF INTENT TO SERVE SUBPOENA ON HARDBODY SUPPLEMENTS, LLC

**PLEASE TAKE NOTICE THAT**, pursuant to Fed. R. Civ. Pro. 45, Plaintiffs Nathan Barns, Susannah Kilpatrick and Darren Kilpatrick intend to serve a Subpoena on Hardbody Supplements, LLC commanding attendance at a deposition at the offices of Stinson LLP at 1201 Walnut Street, Suite 2900, Kansas City, MO 64106-2150, at 1:00 p.m. CDT on May 3, 2023, and commanding the production of documents identified in Exhibit B of the subpoena. A copy of the Subpoena is attached hereto.

Dated: April 17, 2023

/s/ Brian E. Sobczyk
Barry R. Lax (*admitted pro hac*)
Robert R. Miller (*admitted pro hac*)
**Lax & Neville LLP**
350 Fifth Avenue, Suite 4640
New York, NY 10118
Telephone: 212.696.1999
blax@laxneville.com
rmiller@laxneville.com

Brian E. Sobczyk, KS #21046
**Stinson LLP**
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Telephone: 816.842.8600
brian.sobczyk@stinson.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  The undersigned counsel for Plaintiffs hereby certifies that on the 17th day of April 2023, the foregoing was filed via the Court's ECF filing system, which will automatically serve a copy via email to all counsel of record.

                */s/ Brian E. Sobczyk*
                Brian E. Sobczyk
                *Attorney for Plaintiffs*