### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **NATHAN BARNS, et al.,** | ) |
| **Plaintiffs,** | ) |
| v. | ) Case No. 2:22-cv-02433-HLT-KGG |
| **LAWRENCE PAYNE, et al.,** | ) |
| **Defendants.** | ) |

### AFFIDAVIT OF SERVICE

I, Lori A. Baitarian, declare under penalty of perjury that on April 18, 2023, I served a copy of Plaintiffs' subpoena addressed to Hardbody Supplements LLC commanding attendance at a deposition at the offices of Stinson LLP at 1201 Walnut Street, Suite 2900, Kansas City, MO 64106-2150, at 1:00 p.m. CDT on May 3, 2023, and commanding the production of documents identified in Exhibit B of the subpoena, by electronic mail to the following counsel for Defendants:

    Robert J. Gilbertson
    Andrew M. DeMarea
    FORSGREN FISHER MCCALMONT
    DEMAREA TYSVER LLP
    2345 Grand Boulevard, Suite 1950
    Kansas City, MO 64108
    (816) 339-9300
    bgilbertson@forsgrenfisher.com
    ademarea@forsgrenfisher.com

On April 19, 2023, I received confirmation from Mr. Andrew M. DeMarea indicating that the transmission was received, and that service on Hardbody Supplements LLC was accepted electronically.

Dated: New York, New York
April 20, 2023

By: /s/ Lori A. Baitarian

Lori A. Baitarian
**Lax & Neville LLP**
350 Fifth Avenue, Suite 4640
New York, NY 10118
Telephone: 212.696.1999
E-mail: lbaitarian@laxneville.com

**Respectfully Submitted,**

*/s/ Brian E. Sobczyk*
Brian E. Sobczyk, KS #21046
**Stinson LLP**
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Telephone: 816.842.8600
brian.sobczyk@stinson.com

*/s/ Barry R. Lax*
Barry R. Lax (*admitted pro hac*)
Robert R. Miller (*admitted pro hac*)
**Lax & Neville LLP**
350 Fifth Avenue, Suite 4640
New York, NY 10118
Telephone: 212.696.1999
blax@laxneville.com
rmiller@laxneville.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    Undersigned counsel for Plaintiffs hereby certifies that on April 20, 2023, a copy of the foregoing was filed with the Court's ECF filing system, which will automatically serve a copy via email to all counsel of record.

*/s/ Brian E. Sobczyk*
Attorney for Plaintiffs