# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

Nathan Barns, Susannah Kilpatrick,
and Darren Kilpatrick,

        Plaintiffs,

v.

Lawrence Payne and
Patricia Payne,

        Defendants.

Case No. 2:22-CV-02433-HLT-KGG

**JURY TRIAL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of April 2023, Defendant Lawrence Payne and Patricia Payne's Responses to Plaintiffs' Supplemental Requests for Production of Documents, Defendant Lawrence Payne's Answers to Plaintiffs' First Interrogatories, and Defendant Patricia Payne's Answers to Plaintiffs' First Interrogatories were served *via electronic mail* to the following counsel:

**LAX & NEVILLE LLP**
Barry R. Lax, Esq.
Robert Miller, Esq.
Lori Baitarian, Esq.
Sandra Lahens, Esq.
350 Fifth Avenue, Suite 4640
New York, NY 10118
blax@laxneville.com
rmiller@laxneville.com
lbaitarian@laxneville.com
sandra@laxneville.com

**STINSON, LLP**
Brian E. Sobczyk, Esq.
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Brian.sobczyk@stinson.com

*Attorneys for Plaintiffs*

Respectfully submitted,

Dated:   May 1, 2023

*/s/ Andrew M. DeMarea*
Andrew M. DeMarea (#16141)
Robert J. Gilbertson (#28873)
FORSGREN FISHER MCCALMONT
DEMAREA TYSVER LLP
2345 Grand Boulevard, Suite 1950
Kansas City, MO  64108
(816) 339-9300
bgilbertson@forsgrenfisher.com
ademarea@forsgrenfisher.com

Matthew D. Forsgren *Pro Hac Vice*
FORSGREN FISHER MCCALMONT
DEMAREA TYSVER LLP
1500 Capella Tower
225 South 6th Street
Minneapolis, MN 55402
(612) 474-3300
mforsgren@forsgrenfisher.com

*Attorneys for Defendants*
*Lawrence and Patricia Payne*

# CERTIFICATE OF SERVICE

Undersigned counsel for Defendants hereby certifies that on May 1, 2023, his firm filed a copy of the foregoing pleading with the Court's ECF filing system, which will automatically serve a copy via email to all counsel of record.

*/s/ Andrew M. DeMarea*
*Attorney for Defendants Lawrence and*
*Patricia Payne*