# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

NATHAN BARNS, et. al,                    )
                                         )
            Plaintiffs,                  )        Case No. 2:22-cv-02433-HLT-KGG
                                         )
    v.                                   )
                                         )
LAWRENCE PAYNE et. al,                   )
                                         )
            Defendants.                  )

## NOTICE TO TAKE VIDEOTAPED DEPOSITION OF DARREN KILPATRICK

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants Lawrence and Patricia Payne will take the deposition upon oral examination of Darren Kilpatrick, before a notary public or other person authorized to administer oaths, at the Snyder Law Firm, 10955 Lowell Ave., Suite 710, Overland Park, KS 66210, or any other location agreed to by the parties, on November 9, 2023 at 9:00 a.m. CT, or at any adjourned or otherwise mutually agreed-to date or time of such examination. The examination will continue from day to day until completed. The deposition testimony may be recorded by stenographic means and videotaped.

Dated: October 24, 2023                  Respectfully Submitted,

                                         GM LAW PC

                                         */s/ William D. Beil*
                                         William D. Beil       KS #18072
                                         Catherine D. Singer   KS #26271
                                         1201 Walnut Street, Suite 2000
                                         Kansas City, MO 64106
                                         Phone: 816-471-7700
                                         Fax:    816-471-2221
                                         billb@gmlawpc.com
                                         catherines@gmlawpc.com

                                         *and*

Paul D. Snyder          KS #14537
SNYDER LAW FIRM, LLC
10955 Lowell Ave., Suite 710
Overland Park, KS 66210
Phone:  913-685-3900
psnyder@snyderlawfirmllc.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2023, a true and correct copy of the foregoing document was emailed to the below parties and counsel of record:

Sandra Lahens
Barry Lax
Robert Miller
Lori Baitarian
Lax & Neville LLP
350 Fifth Ave., Suite 4640
New York, NY 10118
sandra@laxneville.com
blax@laxneville.com
rmiller@laxneville.com
lbaitarian@laxneville.com

and

Brian Sobczyk
Stinson LLP
1201 Walnut, Suite 2900
Kansas City, MO 64106
Brian.sobczyk@stinson.com

*Attorneys for Plaintiffs*

/s/ William D. Beil
Attorney for Defendant