IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATHAN BARNS, SUSANNAH KILPATRICK and DARREN KILPATRICK, <br><br>Plaintiffs, <br><br>v. <br><br>LAWRENCE PAYNE and PATRICIA PAYNE, <br><br>Defendants. | Case No. 2:22-cv-02433-HLT-KGG |

## PLAINTIFFS' MOTION TO COMPEL

Plaintiffs Nathan Barns, Susannah Kilpatrick and Darren Kilpatrick (collectively "Plaintiffs"), through their undersigned counsel at Lax & Neville LLP, hereby move the Court to compel Defendants to produce documents responsive to Plaintiffs' Requests for production and to produce amended responses to Plaintiffs' Interrogatories, pursuant to Fed. R. Civ. P. 37(b) and Kansas Local Rule 37.1. As stated in the memorandum in support, being filed concurrently herewith, and as this Court is aware, despite months of good faith meet and confer efforts by Plaintiffs' counsel, Defendants have repeatedly failed to produce responsive documents, provide complete answers to interrogatories, and otherwise cooperate in discovery. As a result, Petitioners' Motion should be granted.

Dated: October 30, 2023

Respectfully submitted,

*/s/ Brian E. Sobczyk*
Barry R. Lax (*admitted pro hac*)
Robert R. Miller (*admitted pro hac*)
**Lax & Neville LLP**
350 Fifth Avenue, Suite 4640
New York, NY 10118
Telephone: 212.696.1999

1

blax@laxneville.com
rmiller@laxneville.com

Brian E. Sobczyk, KS #21046
**Stinson LLP**
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Telephone: 816.842.8600
brian.sobczyk@stinson.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiffs hereby certifies that on the 30th day of October 2023, the foregoing was filed via the Court's ECF filing system, which will automatically serve a copy via email to all counsel of record.

/s/ Brian E. Sobczyk
Brian E. Sobczyk
*Attorney for Plaintiffs*