**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | | |
|---|---|---|
| NATHAN BARNS, et. al, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:22-cv-02433-HLT-KGG |
| | ) | |
| v. | ) | |
| | ) | |
| LAWRENCE PAYNE et. al, | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED NOTICE TO TAKE VIDEOTAPED DEPOSITION OF NATHAN BARNS**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants Lawrence and Patricia Payne will take the deposition upon oral examination of Nathan Barns, before a notary public or other person authorized to administer oaths, at Stinson LLP, 1201 Walnut, Suite 2900, Kansas City, MO 64106, or any other location agreed to by the parties, on November 28, 2023 at 9:00 a.m. CT, or at any adjourned or otherwise mutually agreed-to date or time of such examination. The examination will continue from day to day until completed. The deposition testimony may be recorded by stenographic means and videotaped.

Dated: November 9, 2023

Respectfully Submitted,

GM LAW PC

*/s/ William D. Beil*
William D. Beil    KS #18072
Catherine D. Singer    KS #26271
1201 Walnut Street, Suite 2000
Kansas City, MO 64106
Phone: 816-471-7700
Fax:    816-471-2221
billb@gmlawpc.com
catherines@gmlawpc.com

*and*

        Paul D. Snyder     KS #14537
        SNYDER LAW FIRM, LLC
        10955 Lowell Ave., Suite 710
        Overland Park, KS 66210
        Phone:  913-685-3900
        psnyder@snyderlawfirmllc.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2023, a true and correct copy of the foregoing document was emailed to the below parties and counsel of record:

Sandra Lahens
Barry Lax
Robert Miller
Lori Baitarian
Lax & Neville LLP
350 Fifth Ave., Suite 4640
New York, NY 10118
sandra@laxneville.com
blax@laxneville.com
rmiller@laxneville.com
lbaitarian@laxneville.com

and

Brian Sobczyk
Stinson LLP
1201 Walnut, Suite 2900
Kansas City, MO 64106
Brian.sobczyk@stinson.com

*Attorneys for Plaintiffs*

        */s/ William D. Beil*
        Attorney for Defendant