**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | | |
|---|---|---|
| NATHAN BARNS, et. al, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:22-cv-02433-HLT-BGS |
| | ) | |
| v. | ) | |
| | ) | |
| LAWRENCE PAYNE et. al, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO MODIFY THE REVISED SCHEDULING ORDER**

The parties jointly request this Court to modify the Revised Scheduling Order to extend certain deadlines in this matter, for the reasons set forth below:

1.      The Revised Scheduling Order (Doc. 58) set December 1, 2023, as the deadline for initial expert disclosures. Plaintiffs previously consented to extend this deadline to December 15, 2023 to allow time for Defendants to depose Plaintiffs.  On November 20, 2023 the Court granted the parties' Joint Motion to modify the Revised Scheduling Order for good cause, and extended the Parties' initial expert disclosure deadline to December 15, 2023 (Doc. 87).

2.      The parties now respectfully request a further extension of time until February 23, 2024 to submit their initial expert disclosures, and also request that subsequent deadlines be extended as well.

3.      Extending the deadline of initial expert disclosures to February 23, 2024 will permit Plaintiffs sufficient time to review Defendants' document production that was ordered to be produced pursuant to the Court's Order (Doc. 94), depose Defendants, and review information learned from the depositions, which are necessary in determining the nature and extent of their expert disclosures.

4.      Plaintiffs agree that the extension of the initial expert disclosure deadline to February 23, 2024 applies to Defendants as well. As a result of this extension, the parties request that the following additional deadlines also be extended, as follows:

    a.  Rebuttal experts disclosed: March, 29, 2024

    b.  All discovery completed: May 3, 2024

    c.  Proposed pretrial order due: May 31, 2024

    d.  Pretrial conference: (At Court's discretion; approximately one week after pretrial order is submitted.)

    e.  Potentially dispositive motions: June 28, 2024

    f.  Motions challenging admissibility of expert testimony: June 28, 2024

5.      As set forth above, good cause exists to extend the above-listed deadlines.

6.      Extending these deadlines will not prejudice either party and will not cause unreasonable delay.

For the reasons set forth above, the parties respectfully request this Court to modify the Revised Scheduling to extend the deadlines as described above.

Dated:                                                          Respectfully Submitted,

*/s/*__Barry R. Lax__
Barry R. Lax (admitted pro hac)
Robert R. Miller (admitted pro hac)
Lax & Neville LLP
350 Fifth Avenue, Suite 4640
New York, NY 10118
Telephone: 212.696.1999
blax@laxneville.com
rmiller@laxneville.com

Brian E. Sobczyk, KS #21046
Stinson LLP
1201 Walnut Street, Suite 2900

Kansas City, MO 64106
Telephone: 816.842.8600
brian.sobczyk@stinson.com
Attorneys for Plaintiffs

and

GM LAW PC

*/s/ William D. Beil*
William D. Beil        KS #18072
Catherine D. Singer    KS #26271
1201 Walnut Street, Suite 2000
Kansas City, MO 64106
Phone: 816-471-7700
Fax:    816-471-2221
billb@gmlawpc.com
catherines@gmlawpc.com

Paul D. Snyder        KS #14537
SNYDER LAW FIRM, LLC
10955 Lowell Ave., Suite 710
Overland Park, KS 66210
Phone:  913-685-3900
psnyder@snyderlawfirmllc.com

*Attorneys for Defendants*

3

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiffs hereby certifies that on the 15th day of December 2023, the foregoing was filed via the Court's ECF filing system, which will automatically serve a copy via email to all counsel of record.


/s/ William D. Beil
William D. Beil
*Attorney for Defendants*

4