IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATHAN BARNS, SUSANNAH KILPATRICK, and DARREN KILPATRICK,<br><br>**Plaintiffs,**<br><br>v.<br><br>LAWRENCE PAYNE and PATRICIA PAYNE,<br><br>**Defendants.** | Case No. 2:22-cv-02433-HLT-BGS |

# JUDGMENT IN A CIVIL CASE

☐   Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒   Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

Pursuant to the Joint Stipulation to Entry of Judgment (Doc. 115), judgment is entered in favor of Plaintiffs and against Defendants as follows:

1. Plaintiffs and Defendants stipulate and agree that Plaintiffs are entitled to a judgment in the amount of $3,400,000.
2. The parties also stipulate and agree that the Judgment entered shall be in favor of Plaintiffs and against Defendants on all claims in the Complaint, including Plaintiffs' claim of fraud.
3. The parties also stipulate and agree that Hardbody Supplements LLC, Hardbody Coaching LLC, and Hardbody Energy LLC are also jointly and severally liable for the judgment herein.

IT IS SO ORDERED.

SKYLER O'HARA
CLERK OF THE COURT

Dated: August 13, 2024        */s/ M. Deaton*
                              By Deputy Clerk