UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NATHAN BARNS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LAWRENCE PAYNE and PATRICIA PAYNE, <br><br> Defendants. | Case No. 22-2433-HLT-BGS |

## ORDER GRANTING MOTION FOR HEARING IN AID OF EXECUTION

This matter is before the Court on Plaintiffs Nathan Barns, Susannah Kilpatrick, and Darren Kilpatrick's (hereinafter "Plaintiffs") motion for hearing in aid of execution. Doc. 122. By way of this motion, Plaintiffs request that the Court order pro se[1] Defendants Lawrence Payne and Patricia Payne to appear and testify concerning their property and income, and produce certain categories of documents. *Id.* In support of Plaintiffs' motion, they state that, on August 13, 2024, the Court entered judgment in their favor in the amount of $3,400,000 plus post-judgment interest. *Id.*, at 1. They now seek an order from this Court for a hearing in aid of execution as an aid to the collection of the judgment, which remains unpaid and unsatisfied. No response has been filed and the Court thus considers the motion as uncontested. D. Kan. Rule 7.1(c).

In matters of obtaining discovery in aid of execution of a judgment, the Federal Rules of Civil Procedure direct the court to follow the laws of the state in which the federal district court sits. Fed. R. Civ. P. 69(a)(2). Under Kansas law, K.S.A. § 60-2419 sets forth the procedures for a hearing in aid of execution. Under the statute, a judgment creditor without sufficient knowledge of the debtor's assets to advise the sheriff where and on what to levy execution is entitled to an order for a hearing in

---

[1]The Defendants are currently proceeding pro se. Counsel for the Defendants withdrew on February 28, 2025. To date, Defendants have not retained new counsel.

1

aid of execution. *Id.* An order for a hearing in aid of execution requires the judgment debtor to appear and answer concerning its property and income. *Id.* If the judgment debtor fails to appear before the court, it is deemed guilty of contempt of court. At that point, the court must issue a citation requiring the judgment debtor to appear before the court and show cause why it should not be punished for contempt. *Id.* If, after proper service of the citation, the judgment debtor does not appear or if it appears to the court that the judgment debtor is hiding to avoid the process of the court, the court may issue a bench warrant commanding law enforcement to bring the judgment debtor before the court. *See id.*

Following the procedures outlined in K.S.A. § 60-2419, the Court grants Plaintiffs' motion for a hearing in aid of execution and orders Defendants and judgment debtors Lawrence Payne and Patricia Payne to appear at the hearing and submit to an examination concerning their financial assets.[2] The hearing is scheduled for **April 24, 2025, at 10:00 a.m.** in Courtroom 236 of the Robert J. Dole United States Courthouse, 500 State Avenue, Kansas City, Kansas 66101 before United States Magistrate Judge Brooks G. Severson.[3] A copy of this order providing notice of the hearing shall be served upon Defendants and judgment debtors Lawrence Payne and Patricia Payne in accordance with K.S.A. § 60-205(b). If either of the Defendants/judgment debtors fail to appear, a citation will then be served at their address of record requiring them to appear and show cause why they should not be held in contempt for failure to appear. If the Defendants/judgment debtors again fail to appear in response to the show cause order, the Court must issue a bench warrant for failure to appear.

**IT IS THEREFORE ORDERED** that Plaintiffs' motion and request for a hearing in aid of execution, Doc. 122, is **GRANTED**. Defendants are ordered to appear before this Court on **April**

---

[2] Given that no response or objection was filed, the Defendants should also be prepared to provide the information set forth in Exhibit 1.

[3] The Court has reserved the entire day for the hearing. In the event additional time beyond the one day is needed, the Court will discuss another suitable day with the parties.

**24, 2025, at 10:00 a.m.** in Courtroom 236 of the Robert J. Dole United States Courthouse, 500 State Avenue, Kansas City, Kansas 66101 before United States Magistrate Judge Brooks G. Severson to answer questions concerning the Defendants' assets and provide information regarding the value and quality of their assets. Defendants' failure to comply and appear at the time and place stated in this Order may be grounds for contempt under K.S.A. § 60-2419.

**IT IS FURTHER ORDERED** that the Clerk's office mail a copy of this Order via regular mail and certified mail, return receipt requested, to Defendants and judgment debtors Lawrence Payne and Patricia Payne at the following address: 12604 W. 160th St. Overland Park, KS 66221.

**IT IS SO ORDERED.**

Dated March 10, 2025, at Wichita, Kansas.

/s/ BROOKS G. SEVERSON
Brooks G. Severson
United States Magistrate Judge