IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

NATHAN BARNES, et al.,

    **Judgment Creditors,**

    v.

LAWRENCE PAYNE and PATRICIA PAYNE,

    **Judgment Debtors.**

Case No. 2:22-cv-02433-HLT-BGS

## ORDER

    This closed case is now about judgment collection. The parties dispute the financial information Judgment Debtors must produce. Judgment Creditors filed a motion to hold Judgment Debtors in contempt. Doc. 165. They contend that Judgment Debtors have failed to comply with the orders of Magistrate Judge Brooks Severson dated March 10 and June 10, 2025. The parties briefed the issue, and Judge Severson requested follow-up on the status of the dispute. The parties remained at an impasse. Judge Severson entered a Report and Recommendation (R&R) on January 6, 2026 (Doc. 176). She gave Judgment Debtors notice of their right to object and the consequence for not timely objecting. Fourteen days have passed and Judgment Debtors did not file written objections to the R&R.

    The Court has reviewed the R&R and conducted a de novo review of the underlying briefing and filings. The Court accepts the R&R as its ruling based on its own review and the absence of any filed objections.

    THE COURT THEREFORE ORDERS that Judge Severson's Report and Recommendation (Doc. 176) is ADOPTED. The Court GRANTS IN PART and DENIES IN PART Judgment Creditors' motion to hold Judgment Debtors in contempt (Doc. 165). In accord

with Judge Severson's R&R, her recommendations numbered 1-5 (adopted by this order) are stayed for thirty days to provide Judgment Debtors with an opportunity to purge the contempt. Judge Severson's recommendation number 6, relating to reasonable attorneys' fees and expenses, is not stayed.

    IT IS SO ORDERED.

Dated: February 13, 2026               /s/ *Holly L. Teeter*
                                            HOLLY L. TEETER
                                            UNITED STATES DISTRICT JUDGE